IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-_130_-M |
| | ) | |
| FERMIN R. PAGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DETENTION HEARING

    **NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

        \_\_\_    Crime of violence (18 U.S.C. § 3156)

        \_\_\_    Maximum sentence life imprisonment or death

        _X_    10+ year drug offense

        \_\_\_    Felony, with two prior convictions in above categories

        \_\_\_    Minor victim

        _X_    Possession/ use of firearm, destructive device or other dangerous weapon

        \_\_\_    Failure to register under 18 U.S.C. § 2250

        _X_    Serious risk defendant will flee

        \_\_\_    Serious risk obstruction of justice

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        _X_    Defendant's appearance as required

        _X_    Safety of any other person and the community

   3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

   4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    _X_ After a continuance of _3_ days (not more than 3).

   5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed, the defendant was:

     \_\_\_ (a) on release pending trial for a felony;

     \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

     \_\_\_ (c) on probation or parole for an offense.

    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

   _____

   _____

DATED this ___28th___ day of _July_, 2008.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

BY: _____
                    Geoffrey G. Givner
                    Special Assistant United States Attorney