# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

FERMIN R. PAGAN,

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: **08-130-M**

I, **FERMIN R. PAGAN**, charged in a complaint pending in this District with **FELON IN POSSESSION OF A FIREARM, et al.**, in violation of Title **18, et al.**, U.S.C., **1922(g)(1) and 924(a)(2), et al.**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
*Defendant*

_____
*Counsel for Defendant*

*DATED: JULY 31ST, 2008*